**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PRO SILVER STAR, LTD.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**MY CHEMICAL ROMANCE; AND LIVE NATION ENTERTAINMENT, INC.,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-CV-01590-MJT** |

**DECLARATION OF BRIAN SCHECHTER IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

I, Brian Schechter, declare and state:

1. I am over the age of 18. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am the personal manager of My Chemical Romance and have been since July 2025. In that role, I was directly involved in the planning, scheduling, and production of the following shows and am familiar with the band's tour schedule and performance plans.

3. My Chemical Romance's performances last week at the Hollywood Bowl complete a three-part story. The first part was presented during the band's 2025 tour, *Long Live The Black Parade*. The second part, a prequel, was presented throughout the band's 2026 tour, *The Black Parade 2026*. The third and final part, titled *...And Death To All Who Oppose* (the "Finale"), was performed only on October 21, 23, and 24, 2026, at the Hollywood Bowl in Los Angeles,

California. Those dates were intentionally selected to coincide with the 20th anniversary of the October 2006 release of the band's album *The Black Parade*.

4. The Finale, like the first two parts of the production, is a satirical rock opera set in a fictional authoritarian world called DRAAG. The band members perform as their "Black Parade" alter egos, who are forced to entertain DRAAG's oppressive ruler, His Grand Immortal Dictator, and the story unfolds through staged interactions between the band and recurring characters. The Finale features elaborate dystopian sets and props, including a fictional invasion of the United States, altered Mount Rushmore imagery, a nuclear missile prop, uniformed and Rockettes-style soldier characters, and cheerleader characters. The story's climax begins when the band's lead singer eliminates His Grand Immortal Dictator in an effort to halt his agenda. Shortly after, the band is surrounded by the DRAAG tactical force at the direction of the Dictator's protégé, Veronika, who intends to imprison The Black Parade while buying herself time to launch the nuclear missile and carry out the Dictator's wishes. The cheerleaders, now wearing tactical vests and carrying theatrical weapons, rush in to rescue The Black Parade, allowing the lead singer to stop Veronika and save America from DRAAG.

5. From the outset, the Finale—with its elaborate sets, full cast, and resolution of the story told during the 2025 and 2026 tours—was planned to be performed only on October 21, 23, and 24, 2026, and on no other date. Those three dates were publicly announced on September 25, 2025. Before two additional Hollywood Bowl performances were announced on November 18, 2025, the band and I decided that the Finale would be performed only on the three original dates and that the two additional performances would be separate shows. The Finale's contracts with its performers, covering rehearsals and performances, and for its set pieces and stage production elements, cover only those three dates and related rehearsals. The cheerleader characters were

created solely for the Finale and did not appear in any performance during the 2025 or 2026 tours. All of these decisions were made nearly a year before I first learned, on October 22, 2026, after the Finale's first performance, that plaintiff Pro Silver Star, Ltd. ("Plaintiff") objected to it. I learned of the objection indirectly, through the band's talent agency, Creative Artists Agency. The Finale was last performed on October 24, 2026, because of those earlier decisions that it was the last performance of that three-part story, not because of any objection by Plaintiff.

6. The Finale was presented, marketed, and staged separately from My Chemical Romance's other performances, including the band's Hollywood Bowl performances on October 30 and 31, 2026. For example:

(a) Attached as Exhibit 1 is a true and correct copy of the promotional listing for the Finale, titled "…And Death To All Who Oppose."

(b) Attached as Exhibit 2 is a true and correct copy of the promotional listings for the October 30 and 31, 2026 performances, titled "Devil's Night" and "Halloween," respectively.

7. The Finale was promoted with its own artwork, different from the artwork used for the October 30 and 31, 2026, performances and for the band's national advertising. Local advertising for the Finale used artwork that was not used in any other market.

8. The October 30 and 31, 2026, performances include support acts. The Finale did not.

9. The October 30 and 31, 2026, performances and the band's remaining performances on its worldwide tour are not performances of the Finale and will not include any cheerleader characters or cheerleader costumes.

10. Attached as Exhibit 3 is a true and correct copy of an email that My Chemical Romance's music attorney, David Byrnes, sent to Plaintiff's counsel on October 26, 2026, and that was forwarded to me shortly after it was sent. In that email, Mr. Byrnes confirmed that the Finale had concluded, that the band would not perform any remaining shows on its current tour with dancers in cheerleader costumes, and that, as a result, there was no need for Plaintiff to seek a temporary restraining order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 29, 2026

BRIAN SCHECHTER

# Exhibit 1


MY CHEMICAL ROMANCE
THE BLACK PARADE 2026
HOLLYWOOD BOWL
WEDNESDAY OCTOBER 21
FRIDAY OCTOBER 23
SATURDAY OCTOBER 24
LIVE NATION | HEWITT SILVA
THE HOLLYWOOD BOWL IS A PUBLIC PARK OWNED BY THE COUNTY OF LOS ANGELES DEPARTMENT OF PARKS AND RECREATION.

# Exhibit 2


DEVILS NIGHT
MY CHEMICAL ROMANCE.
WITH SPECIAL GUESTS the used
FRIDAY OCTOBER 30, 2026
HOLLYWOOD BOWL
LOS ANGELES, CA
HALLOWEEN
MY CHEMICAL ROMANCE.
WITH SPECIAL GUESTS THRICE
SATURDAY OCTOBER 31, 2026
HOLLYWOOD BOWL
LOS ANGELES, CA

# Exhibit 3

**From:** David Byrnes <DavidB@ZiffrenLaw.com>
**Sent:** Monday, October 26, 2026 12:31 PM
**To:** jimmybieber@quinnemanuel.com
**Subject:** My Chemical Romance//Temporary Restraining Order

**[EXTERNAL]**

---

Dear Mr. Bieber:

Your email of October 25, 2026, regarding the above-referenced matter was forwarded to me.

I write to let you know that there's no need to proceed with the petition for a TRO attached to your email. *The Black Parade* shows are finished and My Chemical Romance will not be performing any remaining shows on its current tour with dancers in the cheerleader costumes your client objects to.

Best regards,
David

******* Internet E-mail Confidentiality Footer ******

ZIFFREN BRITTENHAM LLP
1801 Century Park West
Los Angeles, CA 90067-6406
Tel 310-552-3388
Fax 310-553-7068

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please notify us immediately via e-mail at Postmaster@ZiffrenLaw.com or by telephone at 1-310-552-3388. Thank you.