**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PRO SILVER STAR, LTD.,** | § | |
| *Plaintiff,* | § | |
| v. | § | **CIVIL ACTION NO. 4:26-CV-01590-MJT** |
| **MY CHEMICAL ROMANCE; AND LIVE NATION ENTERTAINMENT, INC.,** | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MY CHEMICAL ROMANCE**

Plaintiff Pro Silver Star, Ltd. ("Silver Star"), owner of the Dallas Cowboys Cheerleaders ("DCC") files this Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby dismisses without prejudice all claims it asserted against Defendant My Chemical Romance ("MCR") in this action. In support thereof, Silver Star states as follows:

1. Silver Star owns the Dallas Cowboys Cheerleaders brand and the Dallas Cowboys Cheerleaders uniform trade dress (the "DCC Uniform"), which is registered on the Principal Register of the United States Patent and Trademark Office as U.S. Reg. No. 2,906,113. That registration is incontestable and is conclusive evidence of the validity of the DCC Uniform trademark, of Silver Star's ownership of it, and of Silver Star's exclusive right to use it in commerce.[1] Further, DCC has various rights

[1] 15 U.S.C. §§ 1065, 1115(b).

of association and rights to refuse to allow use of the DCC Uniform, including to refuse association with individuals or entities. DCC never agreed to associate with MCR, nor permitted MCR to profit from DCC's identity, brand, and trademark.

2. Silver Star brought this action after MCR, during its October 2026 performances put performers on stage in costumes that copied the DCC Uniform's signature elements—white boots, white shorts, a blue top cropped above the midriff, and a white vest adorned with blue stars—while MCR's frontman told the crowd, "Thank you, Dallas." Because of this impersonation of DCC and counterfeit presentation of its trademark, Silver Star asserted claims under 15 U.S.C. § 1125(a) and (c) and Texas law.

3. Despite numerous communications and service of the lawsuit and restraining orders, MCR never contested Silver Star's rights, nor disputed that MCR infringed the world-famous DCC Uniform. The sworn declaration of MCR's personal manager, filed in this Court does not dispute Silver Star's ownership of the DCC Uniform, the validity of Silver Star's incontestable trademark, or that MCR's performers appeared on stage infringing those trademarked uniforms. Instead, MCR committed to stop.

4. Previously, facing an immediate temporary restraining order, on October 26, 2026, MCR's counsel, David Byrnes of Ziffren Brittenham LLP, represented in writing to Silver Star's counsel that "My Chemical Romance will not be performing any remaining shows on its current tour with dancers in the

cheerleader costumes your client objects to."[2] Silver Star promptly advised the Collin County district court that MCR had agreed to cease using the DCC Uniform.

5. MCR's concession and continued commitment to this Court achieves the principal relief Silver Star sought: that MCR's performers stop wearing the DCC Uniform. Silver Star therefore voluntarily dismisses its claims against MCR in express reliance on the representations of MCR's counsel and of MCR's personal manager, including the sworn declaration filed in this Court, and to conserve the resources of the Court and the parties.

6. MCR has not served an answer or a motion for summary judgment. Silver Star may therefore dismiss its claims against MCR without a court order under Rule 41(a)(1)(A)(i), and this Notice is effective upon filing.

7. Silver Star accordingly hereby voluntarily dismisses, without prejudice, all claims it asserted against MCR in this action, and withdraws its application for a temporary restraining order and injunctive relief as to MCR without prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

8. MCR's use of the Silver Star trademark was unlawful, willful, and harmful. Silver Star reserves all rights, claims, and remedies, including with respect to any future use by MCR of the DCC Uniform or any costume confusingly similar to it.

---

[2] Exhibit 1 to the Unsworn Declaration of James Bieber, *Pro Silver Star, Ltd. v. My Chemical Romance, et al.,* Cause No. 493-08658-2026 (493rd Dist. Ct., Collin County, Tex. (Oct. 27, 2026).

Date: November 2, 2026

Respectfully submitted,

By: */s/ Edwin Buffmire*

**JACKSON WALKER LLP**

Edwin Buffmire
Texas State Bar No. 24078283
ebuffmire@jw.com
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Spiro*
alexspiro@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7100

Jimmy Bieber
jimmybieber@quinnemanuel.com
Texas State Bar No. 24130002
3100 McKinnon St., Suite 1125
Dallas, TX 75201
Telephone: (213) 443-3817

**COUNSEL FOR PLAINTIFF**

**pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the Court's electronic filing system, and thus the foregoing document has been electronically served on counsel of record.

*/s/ Edwin Buffmire*
Edwin Buffmire