**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PRO SILVER STAR, LTD.,** <br><br> *Plaintiff,* <br><br> v. <br><br> **MY CHEMICAL ROMANCE; AND LIVE NATION ENTERTAINMENT, INC.,** <br><br> *Defendants.* | § § § § § § § § § § § § | **CIVIL ACTION NO. 4:26-CV-01590-MJT** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Pro Silver Star, Ltd. ("Pro Silver") and defendant Live Nation Entertainment, Inc. ("Live Nation"), constituting all parties who have appeared in this action, stipulate to the dismissal of this action, in its entirety, without prejudice and with Pro Silver and Live Nation reserving their respective rights, claims, and contentions, and with each party to bear its own costs and attorneys' fees.

Date: November 2, 2026

Respectfully submitted,

By: */s/ Edwin Buffmire*

**JACKSON WALKER LLP**

Edwin Buffmire
Texas State Bar No. 24078283
ebuffmire@jw.com
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Spiro*
alexspiro@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7100

Jimmy Bieber
jimmybieber@quinnemanuel.com
Texas State Bar No. 24130002
3100 McKinnon St., Suite 1125
Dallas, TX 75201
Telephone: (213) 443-3817

**ATTORNEYS FOR PLAINTIFF PRO SILVER STAR, LTD.**

By: *_/s/ Margaret D. Terwey_*

**REESE MARKETOS LLP**

Margaret D. Terwey
State Bar No. 24078454
margaret.terwey@rm-firm.com

Joel W. Reese
State Bar No. 00788258
joel.reese@rm-firm.com
750 Saint Paul St., Suite 600
Dallas, Texas 75201
Telephone: (214) 382-9810

**DAVIS WRIGHT TREMAINE LLP**

Peter Anderson*
peteranderson@dwt.com
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

**ATTORNEYS FOR DEFENDANT LIVE NATION ENTERTAINMENT, INC.**

**pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the Court's electronic filing system, and thus the foregoing document has been electronically served on counsel of record.

*/s/ Edwin Buffmire*
Edwin Buffmire