**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **PRO SILVER STAR, LTD.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**MY CHEMICAL ROMANCE; AND LIVE NATION ENTERTAINMENT, INC.,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-CV-01590-MJT** |

**DEFENDANT LIVE NATION'S OBJECTION TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MY CHEMICAL ROMANCE**

After Defendant Live Nation Entertainment, Inc. ("Live Nation") removed this action to this United States District Court and filed its October 29, 2026, Opposition (Dkt. No. 3) to Plaintiff's request for a temporary restraining order halting My Chemical Romance's Hollywood Bowl performances, Plaintiff opted to abandon this case and agreed to a simple and neutral Joint Stipulation dismissing this case in its entirety (Dkt. No. 5). The Joint Stipulation's dismissal of this case in its entirety dismissed this case as to defendant My Chemical Romance too, without the necessity of any further filing. Nonetheless, Plaintiff also, and without forewarning, filed its "Notice of Voluntary Dismissal" of My Chemical Romance (Dkt. No. 4), making representations about Defendants' positions in this case that are inconsistent with the record. Live Nation therefore submits this brief response to make clear its position, lest Plaintiff attempts to rely on its inaccurate characterization of these matters in the future.

In live performances at the Hollywood Bowl on October 21, 23, and 24, 2026, My Chemical Romance performed the third and final part of the band's satirical rock opera. Plaintiff

objected to the inclusion of cheerleader characters in Dallas Cowboy-like costumes who rescue the band, but under well-established law, the use is protected by the First Amendment. Yet Plaintiff asserts in its Notice of Voluntary Dismissal that its claims were conceded and that it forced My Chemical Romance not to perform the same satirical rock opera after those three shows. That is not true. From the start, the third part of the story, which involved the costumes, was to be performed only on October 21, 23, and 24, 2024, to coincide with the 20th anniversary of the October 2006 release of the band's album *The Black Parade*. Schechter Decl. Dkt. No. 3-1at 1-3 ¶¶ 3-9. And despite being told that the show was over (*id.* at Ex. 3), Plaintiff filed its action on October 26, 2026, to stop a show that was already done. *See also* Opposition (Dkt. No. 3) at 4-5.

Similarly, there is no merit to Plaintiff's assertions that an agreement was reached between the parties to discontinue the performances. For the "agreement," Plaintiff relies on Mr. Byrnes's October 26, 2026 email, which stated that "The Black Parade shows are finished." But that e-mail did not agree to stop any show; instead, it stated that the show with the cheerleaders had run its course and was over. Dkt. 3-1, Ex. 3. My Chemical Romance's performances of the third part of the rock opera ended October 24, 2026, not because of any agreement, but because they were always scheduled to end that day.

Plaintiff asserts in its Notice of Voluntary Dismissal that Mr. Schechter's Declaration did not dispute that the October 21, 23, and 24, 2026, shows were infringing. But Declarations provide evidence, not legal argument. And his Declaration established the relevant facts that, as shown in the Opposition, establish that the performances are protected by the First Amendment and Plaintiff has no claim. *See* Opposition at 6-15. As Live Nation's Opposition made clear, Defendants do explicitly contest that the shows were infringing. Plaintiff also asserts that My Chemical Romance did not appear in this case to contest Plaintiff's claims. But Plaintiff never served My Chemical

Romance, including after the case was removed to this Court, so My Chemical Romance had no obligation to contest anything.

In sum, neither Live Nation nor My Chemical Romance ever agreed to alter any of the planned shows in response to Plaintiff's lawsuit, nor do they concede any of their defenses to the claims in this lawsuit. As previously noted in Docket Entry No. 5, Live Nation stipulates to the dismissal of this matter without prejudice and reserves all rights, claims, and contentions.

By: */s/ Margaret D. Terwey*

**REESE MARKETOS LLP**

Margaret D. Terwey
State Bar No. 24078454
margaret.terwey@rm-firm.com

Joel W. Reese
State Bar No. 00788258
joel.reese@rm-firm.com
750 Saint Paul St., Suite 600
Dallas, Texas 75201
Telephone: (214) 382-9810

**DAVIS WRIGHT TREMAINE LLP**

Peter Anderson
*pro hac vice forthcoming*
peteranderson@dwt.com
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

**ATTORNEYS FOR DEFENDANT**
**LIVE NATION ENTERTAINMENT, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which will make this document available to all counsel of record for viewing and downloading from the ECF system.

Dated: November 2, 2026

*/s/ Margaret D. Terwey*
Margaret D. Terwey